THE BARRY LAW FIRM
David N. Barry, Esq. (SBN 219230)
Anna H. Galaviz, Esq. (SBN 293651)
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff ARTURO PURATA

LEWIS BRISBOIS BISGAARD & SMITH LLP
Brian C. Vanderhoof (SBN 248511)
Brian.Vanderhoof@lewisbrisbois.com
Jonathan Won (SBN 293910)
Jonathan.Won@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (213) 680-5064
Facsimile: (415) 434-0882

Attorneys for Defendant,
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PURATA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No: 2:22-cv-02301-MWF-MRW<br><br>Dist. Judge: Michael W. Fitzgerald<br>Mag. Judge: Michael R. Wilner<br>Courtroom: 5A<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Arturo Purata, and Defendant, Ford Motor Company, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

1

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: May 9, 2023          **THE BARRY LAW FIRM**

By: */s/ David N. Barry*
David N. Barry
Attorneys for Plaintiff, ARTURO PURATA

Dated: May 9, 2023          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Brian Vanderhoof*
Brian Vanderhoof
Attorneys for Defendant, FORD MOTOR COMPANY

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, David N. Barry, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: */s/ David N. Barry*

David N. Barry

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I filed the foregoing document entitled **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

      /s/ David N. Barry